UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MAINE WOODS PELLET CO, LLC    )
Plaintiff,                    )
                              )
v.                            )         Civil No. 1:17-cv-00446-JCN
                              )
WESTERN WORLD INSURANCE       )
COMPANY,                      )
Defendant                     )

<u>JUDGMENT</u>

Pursuant to the Decision and Order on Motions for Summary Judgment entered June 27, 2019, Order on Motion for Reconsideration entered on June 19, 2020, and Decision and Judgment on Motions for Judgment on a Stipulated Record entered on March 31, 2021, all by Magistrate Judge John C. Nivison;

JUDGMENT is hereby entered for Plaintiff Maine Wood Pellet Co., LLC in amount of $93,877.70 as against the Defendant Western World Insurance Company,

JUDGMENT is further entered for Defendant Western World Insurance Company as against the Plaintiff Maine Wood Pellet Co., LLC, on the Unfair Claims Settlement Practices claim and on the contention that at least two deductibles apply.

CHRISTA K. BERRY
CLERK

By:    /s/Maggie Melanson
       Deputy Clerk

Dated: March 31, 2021